12-12-08     01:02pm     From-US ATTORNEY'S OFFICE DENVER               3034540403          T-284    P.001/001    F-976

12-12-2008 58:5L FROM:FED PUBLIC DEFENDER   303 294 1192          TO:719 6340497          P.2/2

PG-72
(8/03 D/CO)

# United States District Court

## District of Colorado

United States of America

vs.

Philip McCall
*McCall*

)
)
)
)

08-cr-00288-REB

Case No. 08-cr-00288-REB-01

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Philip McCall, have discussed with Robert Ford, Probation Officer, modification of my release as follows:

undergo medical or psychiatric treatment and/or remain in an institution as follows:

participate in outpatient mental health treatment as directed by his supervising officer

I consent to this modification of my release conditions and agree to abide by this modification.

_____  12/10/08       _____  12/15/08
Signature of Defendant        Date            Probation Officer          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____       12/10/08
Signature of Defense Counsel    Date

_____       12-Dec-08
Signature of Assistant U.S. Attorney   Date

[X]   The above modification of conditions of release is ordered, to be effective on
       _____ December 15, 2008.

[ ]   The above modification of conditions of release is **not** ordered.

_____       December 15, 2008
Signature of Judicial Officer    Date

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

DEC-12-2008 FRI 08:29 AM US PROBATION COLO SPGS     FAX NO. 719 6340491     P. 02