# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.08-cr-00288-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PHILLIP D. MCCALL,

    Defendant.

---

## UNITED STATES' MOTION FOR DOWNWARD DEPARTURE

---

The United States of America, by and through the undersigned counsel, pursuant to U.S.S.G. § 5K1.1, hereby moves this Court for a downward departure in the offense level of the Defendant because of the substantial assistance provided to Authorities as follows:

On October 14, 2008, Defendant, Phillip D. McCall, provided to Colorado Springs Police Department detectives information about the location of a large number of individuals involved in the possession and trafficking of firearms in or near Colorado Springs, Colorado.

The Defendant's information regarding the transportation and manufacturing of firearms in Colorado Springs has substantially assisted law enforcement in their

investigation that is still on going. Based on this information, a more focused approach to the investigation has occurred and with it, an increased likelihood that law enforcement will be able to interrupt the flow and production of illegal firearms in the Colorado Springs area.

Additionally, the Defendant's information regarding individuals possessing firearms in the Colorado Springs area has proven reliable and will continue to be a source of information as various cases proceed.

The U.S. Probation Office has determined the adjusted offense level to be level 23, with a criminal history category II. The advisory guideline range would be 51-63 months confinement. The parties had also estimated an adjusted offense level of 23, but had estimated a criminal history category of III. That combination resulted in an advisory guideline range of 57-71 months.

The Government requests that this Court find that the Defendant has provided substantial assistance to Authorities and he should receive a reduction in the amount of confinement ordered as identified below. The Government believes that a 40% reduction from the advisory guideline sentence of confinement, as estimated by the parties, would be appropriate. Such a reduction would provide for a period of confinement of 34

months.[1]

Dated: 13 February 2009,

DAVID GAOUETTE
Acting United States Attorney

s/ Kurt J. Bohn
KURT J. BOHN
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov

[1]If the Court chooses to apply the 40% reduction to the U.S. Probation Office's finding of a criminal history category II, then the period of confinement would be 30 months. The Government opposes such a finding as not sufficient to meet the needs of 18 U.S.C. § 3553(a) and not consistent with the parties plea agreement.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on 13 February 2009, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following e-mail address:

Matthew Golla
Matt_Golla@fd.org

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the nonparticipant's name:

Robert W. Ford
United States Probation Officer
212 North Wahsatch Avenue, Suite 300
Colorado Springs, CO 80903-3476

s/Kurt J. Bohn
Kurt J. Bohn
Attorney for Defendant United States
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0403
E-mail: kurt.bohn@usdoj.gov
