**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:              February 21, 2013

Courtroom Deputy:  Nel Steffens
Court Reporter:    Tracy Weir
Probation Officer: Kathleen Keenan

---

**Criminal Action No.  08-cr-00288-REB**

*Parties:*                                    *Counsel:*

UNITED STATES OF AMERICA,              Kurt Bohn

     Plaintiff,

v.

1.  PHILLIP D. McCALL,                 Matthew Golla

     Defendant.

---

**COURTROOM  MINUTES**

---

**Hearing on Supervised Release Violation**

**1:38 p.m.      Court in session.**

Appearances of counsel.

Defendant is present in custody.

Opening statements by the court.

Counsel for the government confirms that counsel has read the Petition on Supervised Release [#42] filed November 5, 2012, and the Supervised Release Violation Report [#55] filed February 5, 2013.

Counsel for the defendant informs the court that counsel has read and discussed the Petition and the Supervised Release Violation Report with the defendant.

The defendant admits to violations 1, 2, 3, 4, 5, and 6 alleged in the Petition.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of disposition, and comments on the probation officer's determinations and other matters affecting disposition.

Statement by the defendant.

Statement by government's counsel.

The court enters findings of fact, conclusions of law, and orders.

**IT IS ORDERED** as follows:

1. That the motion and petition of the probation department seeking a revocation of supervised release is sustained, and the relief therein is granted, but only insofar as consistent with the foregoing findings and conclusions and the following orders;

2. That the defendant's sentence to supervised release is terminated effective immediately, and the defendant is re-sentenced to the Bureau of Prisons for a term of **six (6) months**;

3. That no additional term of supervised release is imposed;

4. That presentence confinement credit be determined by the Bureau of Prisons under 18 U.S.C. Section 3585;

5. That the extant orders, including but not limited to the judgment of conviction and sentence of this court, are amended and supplemented to the extent necessary to facilitate and implement these orders; and

6. That the defendant is remanded to the custody of the United States Marshal.

The defendant waives formal advisement of appeal.

**1:58 p.m.     Court in recess.**

Total time in court:   00:20

Hearing concluded.